UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSTS

ALFRED J. RELF, )
)
Plaintiff, )
)
v. ) Civil Action No. 1:21-cv-11734-AK
)
DAVID A. PENDER, RAYMOND CORMIER, )
and WILLIAM BUSBY, in their individual )
capacities, and the CITY OF LOWELL, and )
DONNA M. GAGNE, )
)
Defendants. )

## MOTION FOR ACCESS TO AN ONLINE PACER ACCOUNT

Comes now the Plaintiff Alfred J. Relf and moves this Honorable Court to grant access to an online PACER account to electronically keep track of the filings, pleadings, and motions etc.

As requested in SECTION 2: Other fees or costs of "ALL SEEN AND UNFORSEEN COSTS . and SECTION 3: Other fees and costs "AS NEEDED PURSUANT TO SUBSTANTIAL JUSTICE" of the AFFIDAVIT OF INDENCEY page 2 filed and ruled accepted on October 25, 2021.

Example of need on 10/25/2021 the demand for jury was incorrectly entered into the on line JUSTIA electronic filing systems, an honest mistake discovered by and reported to the Clerk by the Plaintiff and timely corrected.

WHEREFORE plaintiff moves the Court to enter an Order allowing Plaintiff Alfred J. Relf free access to a PACER account for the duration of these proceedings.

/s/*Alfred J. Relf*

Alfred J. Relf *Pro Se*
6 Park Place
Waltham, MA 02452
(617) 633-2183
alrelfa1@gmail.com

Dated: October 28, 2021

## CERTIFICATE OF SERVICE

UNDER PENALTY OF PERJURY. I CERTIFY that a copy of the forgoing attached Motion for online access to PACER was provided by U.S. Mail to The Defendant's Listed bellow this 29th day in the year of our Lord, October Twenty-Twenty one.

Lowell Police Department c/o David A. Pender
50 Arcand Drive
Lowell, MA 01852

Lowell Police Department c/o Raymond Cormier
50 Arcand Drive
Lowell, MA 01852

Lowell Police Department c/o William Busby
50 Arcand Drive
Lowell, MA 01852

City of Lowell, City Council
City Manager, Eileen M. Donoghue
375 Merrimack Street
2nd Floor Room 43,
Lowell, MA 01852

Donna M. Gagne
54 W 3rd Street
Lowell, MA 01850-2441


Alfred J. Relf, *Pro Se*
6 Park Place
Waltham, MA 02452
617- 633-2183

/s/*Alfred J. Relf*

_____
Alfred J. Relf

Dated: October 29. 2021