UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **In Re: Request for Exemption from the** | ) | Miscellaneous Business Docket |
| **Electronic Public Access Fees by** | ) | No. 22-mc-91027-FDS |
| **Alfred J. Relf, Pro se Litigant** | ) | |

# ORDER

This matter is before the Court upon the *Motion for Access to an Online PACER Account* filed by Alfred J. Relf in Civil Action No. 21-cv-11734-AK. Mr. Relf is a Pro se litigant and is requesting an exemption from the fees imposed by the Electronic Public Access Fee Schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that Alfred J. Relf, a pro se litigant falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, Mr. Relf has demonstrated that an exemption is necessary in order to avoid unreasonable burdens. Accordingly, Mr. Relf shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court limited to the one (1) case listed above.

Mr. Relf shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

i. this fee exemption applies only to Alfred J. Relf, and is valid only for Civil Action No. 21-cv-11734-AK;
ii. this fee exemption applies only to the electronic case files of the case listed above in this court that are available through the PACER system;
iii. by accepting this exemption, Mr. Relf agrees not to sell for profit any data obtained as a result of receiving this exemption;
iv. Mr. Relf is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet-based databases;
v. this exemption is valid until December 31, 2022.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated: January 19, 2022          /s/ F. Dennis Saylor
                                 F. Dennis Saylor IV
                                 Chief Judge, United States District Court